UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN M. CHAMBERLAIN,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, JAYCO, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 5:25-cv-00470-JLS-SHK<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE [15]** |

    The Court hereby grants Plaintiff Jan M. Chamberlain and Defendants Ford Motor Company and Jayco Inc.'s Joint Motion for Dismissal of All Claims with Prejudice.

    GOOD CAUSE APPEARING, it is hereby ORDERED that: Plaintiff's Complaint shall be dismissed with prejudice.

    **IT IS SO ORDERED**.

DATED: May 5, 2025

BY: *Josephine L. Staton*
Hon Josephine L. Staton
United States District Judge

-1-

ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE